UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON KRUSE,

    Plaintiff,

v.                           Case No.: 8:20-cv-02685-MSS-AAS

SARASOTA COUNTY,

    Defendant.
_____/

## ORDER

Plaintiff Jason Kruse moves to compel Defendant Sarasota County to submit its initial disclosures and respond to the plaintiffs' discovery requests. (Doc. 22). Sarasota County did not respond to the motion and the deadline to respond passed. *See* Local Rule 3.01(c), M.D. Fla.[1]

On March 7, 2022, Kruse propounded interrogatories and requests for production on the defendant. (Doc. 22, Ex. A). According to the motion, Sarasota County did not respond to the discovery requests and has not provided Kruse its initial disclosures in violation of Federal Rule of Civil Procedure 26(a)(1). Kruse has also been unable to schedule depositions in this action.

---

[1] "If a party fails to timely respond, the motion is subject to treatment as unopposed." Local Rule 3.01(c), M.D. Fla.

1

Accordingly, it is **ORDERED**:

(1)     The motion to compel (Doc. 22) is **GRANTED**. Sarasota County must provide Kruse with its initial disclosures and responses to the discovery requests by **July 5, 2022**.[2]

(2)     Under Rule 37(b)(2)(C), Fed. R. Civ. P., Sarasota County must pay Kruse's reasonable expenses, including attorney's fees, incurred in bringing this motion to compel. No later than **July 15, 2022**, Kruse must file an attorney's fee declaration and supporting documentation, including an itemization of the time expended by counsel, establishing such attorney's fees and costs. Sarasota County will have until **July 29, 2022** to oppose the reasonableness of the requested amount.

(3)     Sarasota County is cautioned that failing to provide the discovery as required by this order may result in sanctions. *See* Fed. R. Civ. P. 37(b)(2)(A) (The court may grant sanctions against the "disobedient party [and/or] the attorney advising that party," who "fails to obey an order to provide or permit discovery.").

---

[2] The discovery deadline is July 5, 2022. (*See* Doc. 20).

**ENTERED** in Tampa, Florida on June 29, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge